**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **CHARLES EDWARD JOSEPH,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 5:93-CR-22** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

<u>**ORDER**</u>

Petitioner Charles Edward Joseph has filed a Motion to Proceed In Forma Pauperis on Appeal (Doc. 326).  In his Notice of Appeal (Doc. 322), Petitioner seeks review of Orders this Court entered on December 15, 2008 (Doc. 315) and December 29, 2008 (Doc. 320).  For the following reasons, Petitioner's Motion to Proceed IFP on Appeal is denied.

Pursuant to 28 U.S.C. § 1915, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  In the context of this statute, good faith means that the litigant seeks the review of issues that are not frivolous from an objective standard.  <u>United States v. Wilson</u>, 707 F. Supp. 1582, 1583 (M.D. Ga. 1989).

Here, Petitioner has demonstrated an inability to pay the filing fee for his appeal, but he is not entitled to proceed IFP on appeal because the appeal is not

1

taken in good faith.  Petitioner has not pointed the Court to any nonfrivolous issues that he intends to present on appeal.  As a result, his Motion to Appeal IFP is denied.

　　　　**SO ORDERED**, this the 4th day of February, 2009.

　　　　　　　　　　　　　　　　　　　　*s/   Hugh Lawson*
　　　　　　　　　　　　　　　　　　　　**HUGH LAWSON, Judge**

dhc