# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD JOSEPH, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | NO. 5:93-CR-22 (HL) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent | : | **O R D E R** |

This matter is before the Court on the notice of appeal (Tab # 332) filed by petitioner, **CHARLES EDWARD JOSEPH**. Petitioner appeals this Court's December 15 and 29, 2008, orders, which concluded that this Court lacked authority to modify petitioner's term of imprisonment. It is not clear that a certificate of appealability ("COA") is required under the circumstances. Nevertheless, to the extent that the denial of petitioner's motion may be construed as a section 2255 motion, the Court finds that petitioner has failed to make a substantial showing of the denial of a constitutional right. Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 2nd day of March, 2008.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr